UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X   ECF case

RICHARD VITRANO,

                                                                            Case No. 08 CV 00103

                                        Plaintiff,

                                                                            **NOTICE OF APPEARANCE**

               -against-

STATE FARM INSURANCE COMPANY,

                                        Defendant.

-------------------------------------------------------------------X

          PLEASE TAKE NOTICE that the law firm of Saretsky Katz Dranoff &

Glass, L.L.P. hereby appears in the above-entitled action as counsel for defendant

STATE FARM FIRE AND CASUALTY COMPANY s/h/a STATE FARM INSURANCE

COMPANY and demands that all papers be served on them in this case.

          PLEASE BE FURTHER ADVISED that the defendant reserves its rights

concerning all substantive and procedural laws, statutes and rules, and by this

appearance defendant does not waive its rights to require service of process of the

Summons and Complaint in accordance with the requirements of the F.R.C.P. Further,

by this appearance, defendant does not appoint its attorney as agent for the purpose of

accepting service of process of the Summons and Complaint.

Dated:        New York, New York
              February 14, 2008


                              Respectfully yours, etc.,

                              SARETSKY KATZ DRANOFF & GLASS, L.L.P.
                              Attorneys for Defendant

                              By: _____
                                     Howard J. Newman (HJN-9401)
                              *Office and P.O. Address:*
                              475 Park Avenue South, 26th floor
                              New York, New York  10016
                              (212) 973-9797

To:
RICHARD VITRANO
Plaintiff Pro Se
#03031-018, FCI McKean
P.O. Box 8000
Bradford, PA  16701

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X   Case No. 08 CV 00103

RICHARD VITRANO,

                                Plaintiff,

          -against-

STATE FARM INSURANCE COMPANY,

                                Defendant.

-------------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    } SS.:
COUNTY OF NEW YORK }

Ellie Brinson being duly sworn deposes and says that deponent is not a party to the

action, is over 18 years of age and resides in Hudson County, New Jersey; that on

February 14, 2008 deponent, on behalf of defendant STATE FARM FIRE AND

CASUALTY COMPANY s/h/a STATE FARM INSURANCE COMPANY, served one

copy of the within:  **Notice of Appearance**, upon:

RICHARD VITRANO
Plaintiff Pro Se
#03031-018, FCI McKean
P.O. Box 8000
Bradford, PA  16701

at the address designated for that purpose, depositing same, enclosed in postpaid,

properly addressed wrappers, in an official depository under the exclusive care of the

United States Post Office within the State of New York.

_____
                                        Ellie Brinson

Sworn to before me February 14, 2008

_____
Notary Public

                                        JACK RAMOS
                           Notary Public, State of New York
                                    No. 01RA6046532
                               Qualified in Nassau County
                         Commission Expires August 14, 20 10