UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X   Case No. 08 CV 00103
RICHARD VITRANO,

                Plaintiff,

     -against-

STATE FARM INSURANCE COMPANY,

                Defendant.
-------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   } SS.:
COUNTY OF NEW YORK }

Ellie Brinson being duly sworn deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Hudson County, New Jersey; that on February 14, 2008 deponent, on behalf of defendant STATE FARM FIRE AND CASUALTY COMPANY s/h/a STATE FARM INSURANCE COMPANY, served one copy of the within: **Notice of Appearance**, upon:

RICHARD VITRANO
Plaintiff Pro Se
#03031-018, FCI McKean
P.O. Box 8000
Bradford, PA  16701

at the address designated for that purpose, depositing same, enclosed in postpaid, properly addressed wrappers, in an official depository under the exclusive care of the United States Post Office within the State of New York.

                                                                      Ellie Brinson

Sworn to before me February 14, 2008

_____
Notary Public

                                                JACK RAMOS
                                   Notary Public, State of New York
                                      No. 01RA6046532
                                  Qualified in Nassau County
                           Commission Expires August 14, 20_10_