USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

DOC # 14

*APR 09 2008 — U.S. DISTRICT COURT FILED S.D. OF N.Y.*

*PRO SE OFFICE*

| | |
|---|---|
| RICHARD VITRANO,<br><br>    Plaintiff,<br><br>-vs-<br><br>STATE FARM INSURANCE COMPANY,<br><br>    Defendant. | Case No. 08-CV-00103 (JGF)<br>Judge John G. Koeltl |

### MOTION FOR EXTENSION OF TIME/30-60 DAY EXTENSION

COMES NOW, the Plaintiff, Richard Vitrano, Pro Se who move the Court grant a 30-60 day extension from May 15, 2008 at 2:00 PM until 30-60 days in the future as determined by the Court.

### ANALYSIS

The Defendant has submitted a 22 page memorandum of law citing many New York State cases.

The Plaintiff has <u>zero</u> New York case law reference materials or books at the Bradford, Pennsylvania facility.

Therefore, the Plaintiff cannot address the New York case citations until return to New York State.

Wherefore, the Plaintiff requests an extension of 30-60 days to respond to the Defendant's memorandum of law and New York State citations.

Dated: April 7, 2008

Respectfully submitted,

Richard Vitrano, Pro Se
Box 639
Vails Gate, New York 12584
Telephone: 646-621-3900

*[Handwritten endorsement:]* The Plaintiff's time to submit a brief is extended to May 16, 2008. The defendant's time to reply is extended to June 9, 2008.
4/14/08  SO ORDERED
JGK  USDJ