UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD VITRANO,

               Plaintiff,

- against -

STATE FARM INSURANCE CO.,

               Defendant.

08 Civ. 103 (JGK)

MEMORANDUM OPINION AND ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff's time to respond to the defendant's motion for summary judgment is extended until **June 26, 2009**. The defendant's time to reply is extended until **July 24, 2009**.

    The plaintiff's application for the appointment of counsel is **denied**, because the plaintiff has failed to show a likelihood of success on the merits of his claim. See, e.g., Cooper v. A. Sargenti Co., Inc., 877 F.2d 170, 171-73 (2d Cir. 1989).

SO ORDERED.

Dated:    New York, New York
           March 3, 2009

                                   John G. Koeltl
                              United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/09